805 A.2d 455

IN THE MATTER OF PAUL J. FORSMAN,
AN ATTORNEY AT LAW.

September 19, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–437, concluding that **PAUL J. FORSMAN** of **TOMS RIVER,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.15(b) (negligent misappropriation of client trust funds), *RPC* 1.15(d) (failure to maintain books and records in accordance with *Rule* 1:21–6) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **PAUL J. FORSMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.